**WRIGHT, FINLAY & ZAK, LLP**
ARNOLD L. GRAFF, ESQ. SBN 269170
agraff@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 608-9142
WFZ #: 261-20262052

Attorney for Secured Creditor.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CAPTAIN CORPORATION,<br><br>Debtor. | Case No.: 26-30862-DM<br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 9010 attorney Arnold L. Graff, Esq., of Wright, Finlay & Zak, LLP, represents Secured Creditor, Donald K. Reitzfeld, an unmarried man, as to 19.48% interest, Daroll Laverne Frewing and Dolores Fern Frewing, Trustees or the Survivor of them of the Frewing Family Trust dated August 12, 1998, as to 18.52% interest, Provident Trust Group FBO Donald Reitzfeld IRA, as to 17.56% interest; NVS Investments, LLC, a California Limited Liability Company, as to 12.97% interest, Benjamin Schwan, a married man as his sole and separate property, as to 7.41% interest; Bruce Rado, Trustee of the Bruce E. Rado Living Trust dated May 14, 2007, as to 7.41% interest; John Sager

and Julie Sager, Trustees of the Sager Family Trust dated October 1, 2013 as to 5.55% interest; Schwartz Enterprises Inc., a California Corporation, as to 5.55% interest, and Craig S. Dodson, Trustee of the Craig S. Dodson Trust dated April 25, 2013 as to 5.55% Interest as Tenants in Common, in the above-referenced bankruptcy case. Wright, Finlay & Zak, LLP also hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P. 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

Wright, Finlay & Zak, LLP further requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. (SBN 269170)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: agraff@wrightlegal.net

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Wright, Finlay & Zak, LLP's participation in the instant proceeding. Moreover, the within party does not authorize Wright, Finlay & Zak, LLP, either expressly or impliedly through Wright, Finlay & Zak, LLP's

participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

**WRIGHT, FINLAY & ZAK, LLP**

Dated: September 30, 2026

By: */s/ Arnold L. Graff, Esq.*
Arnold L. Graff, Esq.
Attorney for Secured Creditor.



Case: 26-30862 Doc# 7 Filed: 09/30/26 Entered: 09/30/26 16:53:01 Page 3 of 5

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. On 9/30/2026, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties in this action as follows:

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business. **See attached service list.**

[X] (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system. **See attached service list.**

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on 9/30/2026, at Newport Beach, California.

*/s/ Jackie Powell*
JACKIE POWELL


Case: 26-30862 Doc# 7 Filed: 09/30/26 Entered: 09/30/26 16:53:01 Page 4 of 5

## ADDITIONAL SERVICE INFORMATION

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONICA FILING ("NEF"):

Paul Gregory Leahy Paul.Leahy@usdoj.gov
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
Nancy Weng nancy@farsadlaw.com

TO BE SERVED BY UNITED STATES MAIL:

DEBTOR:
Captain Corporation
1879 El Camino Real, Suite 100
Burlingame, CA 94010

DEBTOR:
Captain Corporation
c/o William S. Solari III
550 Riviera Circle
Larkspur, CA 94939
*Agent for Service of Process*

DEBTOR'S COUNSEL:
Nancy Weng
FARSAD LAW OFFICE, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126

U.S. TRUSTEE:
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., # 05-0153
San Francisco, CA 94102

COUNSEL FOR U.S. TRUSTEE:
Paul Gregory Leahy
Office of the United States Trustee
280 South First St., #268
San Jose, CA 95113